_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
May 31, 2017

LOUIS M. BUBALA III, ESQ. (NV 8974)
KAEMPFER CROWELL
50 W. Liberty Street, Suite 700
Reno, Nevada 89501
Telephone: 775.852.3900
Facsimile: 775.327.2011
Email: lbubala@kcnvlaw.com

*Electronically Lodged*
*May 24, 2017*

Counsel for Cross Defendant Kaempfer Crowell ("KC")
(errantly named as Kaemfer Crowell)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE:<br><br>PIERCE DEVELOPMENT, INC.,<br><br>                    Debtor | Case No.: BK-S-15-15954-abl<br><br>Chapter 7 |
| LENARD E. SCHWARTZER,<br>                    Plaintiff,<br>vs.<br><br>CRAIG KATCHEN and JANET KATCHEN,<br>                    Defendants. | Adv. Proc. No.: 16-01100-abl<br><br>**FINAL JUDGMENT IN AN ADVERSARY PROCEEDING DISMISSING CROSS-DEFENDANT KAEMPFER CROWELL** |
| JANET KATCHEN,<br>                    Counter-Claimant,<br>vs.<br><br>LENARD E. SCHWARZTER,<br>                    Counter-Defendant. | Hearing Date: May 23, 2017<br><br>Hearing Time: 10:00 a.m. |
| JANET KATCHEN,<br>                    Cross-Claimant,<br>vs.<br><br>CRAIG KATCHEN; SPORTS LICENSING DIVISION OF THE ADIDAS GROUP, LLC; and KAEMFER CROWELL,<br>                    Cross-Defendants. | |

**KAEMPFER CROWELL**
50 West Liberty Street, Suite 700
Reno, Nevada 89501

1979827_1.docx  17419.1

Page 1 of 2

1    The Court has ordered that *(check one)*:

2    ☐  The plaintiff *(name)* _____, recover from the defendant *(name)* _____,

3    the amount of _____ dollars ($_____), which includes prejudgment interest at the rate

4    of ____%, and postjudgment interest at the rate of ____%, along with costs.

5    ☒  The Cross-Claimant **JANET KATCHEN** recover nothing, the action be dismissed on

6    the merits as to Cross-Defendant **KAEMPFER CROWELL**, and the Cross-Defendant

7    **KAEMPFER CROWELL** recover costs from the Cross-Claimant JANET KATCHEN.

8    IT IS SO ORDERED.

###

KAEMPFER CROWELL
50 West Liberty Street, Suite 700
Reno, Nevada 89501